UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 CR 10261 DPW**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | Violation:<br>18 U.S.C. § 1711 |
| ROMEO DISTASIO | (Misappropriation of Postal Funds) |

## INFORMATION

COUNT ONE: (18 U.S.C. § 1711 - Misappropriation of Postal Funds)

The United States Attorney charges that:

From on or about February 1, 1999, to on or about May 4, 2001, in Boston, in the District of Massachusetts,

**ROMEO DISTASIO,**

defendant herein, being an employee of the United States Postal Service, did unlawfully convert to his own use money in the amount of $22,400 more or less, coming into his hands and under his control, in the execution and under color of his employment and service.

All in violation of Title 18, United States Code, Section 1711.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
William H. Connolly
Assistant U.S. Attorney

DATED:   August 27, 2004

JS 45 (5/97) - (Revised USAO MA 3/25/02)    04 CR 10261 D

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**          **Category No.** III          **Investigating Agency** U.S. POSTAL

**City** Boston              **Related Case Information:**

**County** Suffolk           Superseding Ind./ Inf. _____    Case No. _____
                             Same Defendant  X   New Defendant _____
                             Magistrate Judge Case Number   04-01078-JGD
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Romeo DiStasio              Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   16 Parker Drive, North Reading, MA

Birth date: 1962    SS#: *** ** 5328   Sex: M   Race: W   Nationality: U.S.A.

Defense Counsel if known:   Sean Delaney       Address: 228 Central Street
                                                         Lowell, MA 01852

Bar Number: _____

**U.S. Attorney Information:**

AUSA   William H. Connolly           Bar Number if applicable   634501

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested       ☒ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Magistrate Dein   on   June 17, 2004

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

**04 CR 10261 DPW**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy) _____

Name of Defendant    Romeo DiStasio

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1711 | Misappropriation of Postal Funds | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____