UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10261-DPW |
| | ) | |
| ROMEO DISTASIO | ) | |
| | ) | |

<u>JOINT MEMORANDUM FOR STATUS CONFERENCE</u>

1. The parties do not request a trial date as a plea is expected.

2. The defendant will not be filing any motions.

3. There are no discovery issues.


Respectfully submitted,                Respectfully submitted,

MICHAEL J. SULLIVAN                    ROMEO DISTASIO
United States Attorney,                By His Attorney,
By:


<u>/s/ William H. Connolly</u>        <u>/s/ Sean Delaney [WHC]</u>
WILLIAM H. CONNOLLY                    SEAN DELANEY
Assistant U.S. Attorney


DATE:    September 22, 2004

-1-