UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 04-10261-DPW |
| | * | |
| ROMEO DISTASIO | * | |
| | * | |

ASSENTED TO MOTION TO CONTINUE CHANGE OF PLEA

      Now comes the defendant, Romeo Distasio, through undersigned counsel, and hereby requests this Honorable Court to continue the Change of Plea Hearing from November 5, 2004 at 3:00 p.m. to December 17, 2004 at 3:00 p.m.  The Assistant U.S. Attorney, William H. Connolly, assents to this motion.

Respectfully submitted,

ROMEO DISTASIO
By his attorney:

/s/Sean T. Delaney
Sean T. Delaney
B.B.O. 564230
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103

Assented to:

/s/William H. Connelly
William H. Connelly
Assistant U.S. Attorney