UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 04-10261-DPW |
| | * | |
| ROMEO DISTASIO | * | |
| | * | |
| | * | |

ASSENTED TO MOTION TO CONTINUE CHANGE OF PLEA

Now comes counsel for the defendant, Romeo Distasio and hereby requests this Honorable Court to continue the Change of Plea Hearing from December 17, 2004 at 3:00 p.m. to January 21, 2005 at 3:00 p.m. for the following reasons:

1.    The defendant has recently provided to counsel financial documentation for his review. Counsel believes this information will be pertinent and relevant to the defendant's plea in this matter. Counsel is currently reviewing said documentation but will need additional time to complete his review; and

2.    Counsel for the defendant is to begin trial in the matter of Commonwealth v. Bolden. This matter has been advanced by the court from January to December 15, 2004, because the defendant was recently placed into custody. This matter is a narcotics case, in which 2 days of trial testimony is anticipated.

The Assistant U.S. Attorney, William H. Connolly, assents to this motion.

Respectfully submitted,

ROMEO DISTASIO
By his attorney:

/s/Sean T. Delaney
Sean T. Delaney
B.B.O. 564230
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103

Assented to:

/s/William H. Connelly
William H. Connelly
Assistant U.S. Attorney