UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 21 P 1:4?

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10261-DPW |
| | ) | U.S. DISTRICT COURT |
| v. | ) | DISTRICT OF MASS. |
| | ) | Violations: |
| | ) | 18 U.S.C. § 1711 |
| ROMEO DISTASIO | ) | (Misappropriation of Postal Funds) |
| | ) | 18 U.S.C. § 1001 |
| | ) | (Making a False Statement) |
| | ) | |
| | ) | |

## SUPERSEDING INFORMATION

**COUNT ONE:  18 U.S.C. § 1711 - Misappropriation of Postal Funds**

The United States Attorney charges that:

From on or about February 1, 1999, to on or about May 4, 2001, in Boston, in the District of Massachusetts,

**ROMEO DISTASIO,**

defendant herein, being an employee of the United States Postal Service, did unlawfully convert to his own use money in the amount of $22,400 more or less, coming into his hands and under his control, in the execution and under color of his employment and service.

All in violation of Title 18, United States Code, Section 1711.

**COUNT TWO: 18 U.S.C. § 1001 - Making a False Statement**

The United States Attorney further charges that:

On or about March 31, 2003, in the District of Massachusetts,

**ROMEO DISTASIO,**

defendant herein, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, or fraudulent statement or representation.

All in violation of Title 18, United States Code, Section 1001.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William H. Connolly
William H. Connolly
Assistant U.S. Attorney

DATED:   January 21, 2005

%JS 45  (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __U.S. POSTAL__

City __Boston__

County __Suffolk__

Related Case Information:
Superseding Ind./ Inf.  __X__   Case No. __04-10261__
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

FILED IN CLERKS OFFICE
2005 JAN 21  P 1: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Defendant Information:**

Defendant Name __Romeo DiStasio__   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __16 Parker Drive, North Reading, MA__

Birth date: __1962__   SS#: __*** ** 5328__   Sex: __M__   Race: __W__   Nationality: __U.S.A.__

Defense Counsel if known: __Sean Delaney__   Address: __228 Central Street__
                                                        __Lowell, MA 01852__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __William H. Connolly__   Bar Number if applicable __634501__

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __Magistrate Dein__  on __June 17, 2004__

Charging Document:  ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __1/21/05__   Signature of AUSA: _____

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy _____

**Name of Defendant**    Romeo DiStasio

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1711 | Misappropriation of Postal Funds | 1 |
| Set 2  18 U.S.C § 1001 | Making a False Statement | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

**District Court Case Number**  (To be filled in by deputy     _____

**Name of Defendant**     Romeo DiStasio

JS 45 sup - 3/13/02