UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                               )<br>)<br>ROMEO DISTASIO                      )<br>)<br>)<br>) | CRIMINAL NO. 04-10261-DPW<br><br>Violations:<br>18 U.S.C. § 1711<br>(Misappropriation of Postal Funds)<br>18 U.S.C. § 1001<br>(Making a False Statement) |

## WAIVER OF INDICTMENT

Defendant ROMEO DISTASIO, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
Romeo Distasio
Defendant

_____
Sean Delaney, Esq.
Attorney for Defendant

Date: January 21, 2005