```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | )  CRIMINAL NO. 04-10261-DPW |
| ROMEO DISTASIO | ) |
|  | ) |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING

The government respectfully request a continuance of the sentencing in the above-captioned case, currently scheduled for April 14, 2005.  As grounds for this motion, the government states that AUSA Connolly has a scheduled out-of-state vacation planned for the weeks of April 11 and April 18.  In addition, given some of the complicated issues which may arise at sentencing in this case, AUSA Connolly prefers to be present at the sentencing, as opposed to sending another AUSA in his stead.  For these reasons, the government request a continuance to a date after April 26, 2005.

In addition, for the above-stated reasons, the government respectfully requests that the time commencing on April 14, 2005, and concluding on the new date set for sentencing be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully Submitted,

/s/ William H. Connolly
WILLIAM H. CONNOLLY
Assistant U.S. Attorney

DATE:     March 4, 2005