UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. 04-10261-DPW |
| ROMEO DISTASIO | * |

## ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING

Now comes counsel for the defendant, Romeo DiStasio and hereby requests this Honorable Court to continue the Sentencing Hearing from April 29, 2005 at 5:00 p.m. to June 24, 2005 at 3:00 p.m. for the following reasons:

1. On January 21, 2005 the defendant pled guilty to a two-count Superseding Information.

2. As a result of said plea, the defendant recognizes that he will have a substantial restitution order pertaining to this particular matter.

3. Currently the defendant has under agreement the rights he holds in a long-term commercial lease at 17 Harden Street, Reading, MA.  This location is where the defendant's business is located.

4. It is anticipated that the defendant's net proceeds from the above-mentioned sale will exceed the amount owed by the defendant in restitution.

5. It is the defendant's desire to pay the entire balance of his court ordered restitution from said net proceeds.

6. I have been advised by Attorney William F. Crowley, who represents the defendant's interest in the sale of his long-term lease, that the transaction is not scheduled to take

place until May 31, 2005.

7. The Assistant U.S. Attorney, James Lang, assents to this motion.

Wherefore the defendant respectfully requests this Honorable Court to grant his request for a continuance.

    Respectfully submitted,

    ROMEO DISTASIO
    By his attorney:


    /s/Sean T. Delaney
    Sean T. Delaney
    B.B.O. 564230
    Rappaport & Delaney
    228 Central Street
    Lowell, MA 01852
    (978) 454-8103

Assented to:

    /s/James Lang
    James Lang
    Assistant U.S. Attorney