PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

____Romeo Distasio____                    Docket No.__04-10261-DPW____

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

The undersigned Pretrial Services Officer presents this report regarding defendant _Romeo Distasio,_ who was placed under pretrial release supervision by the Honorable _Judith G. Dein, U.S. Magistrate Judge,_ on _June 17, 2004,_ under the following conditions:

1. Report to pretrial services as directed.
2. Obtain no passport.
3. Maintain current address.
4. Travel restricted to Massachusetts.
5. Refrain from any use of alcohol.
6. Refrain from use or unlawful possession of a narcotic drug.
7. Submit to any method of drug testing required by pretrial services.
8. Report as soon as possible, to pretrial services any contact with law enforcement personnel.

Please review attached Order Setting Conditions of Release dated June 17, 2004, and memorandum endorsed by Your Honor dated September 10, 2004.

And respectfully seeks action by the Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

On this date, May 31, 2005, defendant Romeo Distasio provided a urine sample which has tested positive for cocaine using the Ontrak method of drug detection. Mr. Distasio also failed to report for a random drug test on May 24, 2005 and initially refused to report today for random drug testing.

Please review attached memorandum.

Petition for Action on Conditions of Pretrial Release

PRAYING THE COURT WILL:

__X__ Issue a Warrant

_____ Issue a Summons for the defendant to appear for a show cause hearing

_____ Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2005            Place Boston, MA

Judith A. Oxford                    Date May 31, 2005
U.S. Pretrial Services Officer

ORDER OF COURT

__X__ Warrant to Issue

_____ Summons to issue. Clerk to schedule show cause hearing.

_____ Other:

Considered and ordered this __31st__ day of __May__, 20__05__, and ordered filed and made part of the record in the above case.

_____
Judicial Officer