AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

ROMEO DISTASIO

**WARRANT FOR ARREST**

Case Number:  04-10261-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROMEO DISTASIO _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of condition of pretrial release: defendant shall refrain from the use or unlawful possession of a narcotic drug.

in violation of _____ 18 _____ United States Code, Section(s) _____

Michelle Rynne
Name of Issuing Officer

Deputy Clerk, United States District Court
Title of Issuing Officer

*Michelle Rynne* (signature)
Signature of Issuing Officer

5/31/05 at Boston, Massachusetts
Date and Location

Bail fixed at $ _____

_____
Name of Judicial Officer

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant | |
|---|---|
| WARRANT EXECUTED BY USMS | |
| BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/1 | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

(stamp: RECEIVED 2005 MAY 32 A 11:27 U.S. MARSHAL SERVICE BOSTON, MA)