UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10261-DPW |
| v. | ) | |
| ROMEO DISTASIO | ) | |

PLEA AGREEMENT

Defendant having already pled guilty to the above-captioned two-count Information, the parties agree to the following:

The U.S. Attorney and Defendant agree that the full restitution amount is $86,863.04. $22,400 is owed to the United States Postal Service and $64,463.04 is owed to the United States Department of Labor. In exchange for Defendant's plea to Counts One and Two of the Information and his agreement to pay the full restitution amount, the Government agrees not to further prosecute Defendant relating to his full course of conduct in fraudulently obtaining federal employee benefits between November 30, 2002 and June 17, 2004.

This agreement is a memorialization of an agreement reached by the parties in advance of Defendant's plea on January 21, 2005.

_____
William H. Connolly
Assistant U.S. Attorney

_____
Romeo Distasio
Defendant

I certify that Romeo Distasio has read this Agreement and that we have discussed its meaning. I believe he understands the Agreement and is entering into the Agreement freely, voluntarily and knowingly.

_____
Sean Delaney, Esq.
Attorney for Defendant